**v.**

**The FIDELITY AND CASUALTY COM-PANY OF NEW YORK.**

**No. 48843.**

Sept. 29, 1967.

202 So.2d 654

**LOUISIANA POWER & LIGHT COMPANY**

**v.**

**John P. RISTROPH and John C. B. Jumonville.**

**No. 48848.**

Sept. 29, 1967.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.